E-FILED on   9/19/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN A. PIERSON, | No. C-06-03980 RMW |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| UNITED STATES; GEORGE W. BUSH, | |
| Defendants. | |

The court previously ordered plaintiff John Pierson to pay the filing fee of $350 "no later than July 31, 2006" and warned him that "[f]ailure to pay the filing fee by that date will result in dismissal of the above-captioned action without prejudice."  Order Withdrawing Leave to Proceed *in Forma Pauperis* (docket no. 7) at 1.  Pierson has not paid the filing fee.  Pierson has also not kept the court informed of his present mailing address; mail the clerk has sent him has been returned as undeliverable.  *See* docket entries 9 & 10.  Pierson's action is therefore dismissed without prejudice.

DATED:      9/14/06                              /s/ Ronald M. Whyte
                                                 RONALD M. WHYTE
                                                 United States District Judge

ORDER DISMISSING CASE—No. C-06-03980 RMW
JAH

**A copy of this order was mailed on _____ to:**

**Plaintiff (*pro se*):**

John R. Pierson
P.O. Box 162
Genoa, NV 89411

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.